PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00389-01 OWW** |
| ) | |
| **MORGAN M. WINSLOW** ) | |
| ) | |

On June 16, 2006, the above-named was placed on Probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**

Dated:      November 5, 2008
            Bakersfield, California


**REVIEWED BY:**      /s/ Thomas A. Burgess
                     **THOMAS A. BURGESS**
                     **Supervising United States Probation Officer**

**Re:   Morgan M . WINSLOW**
    **Docket Number:   1:05CR00389-01 OWW**
    **ORDER TERMINATING PROBATION**
    **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   November 6, 2008**          **/s/ Oliver W. Wanger**
                              UNITED STATES DISTRICT JUDGE